SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>Plaintiff,<br><br>vs.<br><br>A Backyard Products, LLC, Individually and d/b/a Heartland Industries and d/b/a Backyard Buildings; Backyard Construction, Inc.; James S. Lindsey, Individually and as Trustee (or his successor) of the Lindsey Family Trust, dated May 25, 2004; Sally K. Lindsey, Individually and as Trustee (or her successor) of the Lindsey Family Trust, dated May 25, 2004,<br><br>Defendants | Case No.: CIV.S 08-cv-01201-FCD-GGH<br><br>**ORDER FOR DISMISSAL OF DEFENDANTS A BACKYARD PRODUCTS, LLC; JAMES S. LINDSEY; SALLY K. LINDSEY ONLY**<br><br>Complaint Filed: MAY 30, 2008<br><br>**CASE TO BE REMAINED OPEN WITH REMAINING DEFENDANTS** |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendants (A Backyard Products, LLC; James S. Lindsey; Sally K. Lindsey) be and are hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to be remained open with

1  remaining Defendants.  Defendants (A Backyard Products, LLC; James S. Lindsey; Sally K.
2  Lindsey) are dismissed because Plaintiff is unable to affect proper service.

Dated: November 14, 2008                          /s/Scott N. Johnson
                                                  SCOTT N. JOHNSON
                                                  Attorney for Plaintiff

**IT IS SO ORDERED**.

Dated:  November 17, 2008           _____
                                    FRANK C. DAMRELL, JR.
                                    UNITED STATES DISTRICT JUDGE