LINDA J.L. SHARPE, (CSB 94283)
LAW OFFICES OF THOMAS O'HAGAN
12009 Foundation Place, Suite 190
Gold River, CA 95670
(916) 294-1170

Attorneys for Defendants
**HEARTLAND INDUSTRIES, INC., A DELAWARE CORPORATION and BACKYARD CONSTRUCTION, INC.,**
(Erroneously Sued Herein as A Backyard Products, LLC, Individually and d/b/a Heartland Industries and d/b/a/ Backyard Buildings)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT FOR CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>     Plaintiff,<br><br>v.<br><br>A Backyard Products, LLC, Individually and d/b/a Heartland Industries and d/b/a/ Backyard Buildings et al.,<br><br>     Defendants. | Case No. 2:08-CV-01201-FCD-GGH<br><br>**ORDER GRANTING STIPULATION TO ALLOW AMENDMENT OF ANSWER TO COMPLAINT TO ASSERT CROSS-CLAIM** |

GOOD CAUSE APPEARING, the stipulation between the parties herein to allow HEARTLAND INDUSTRIES, INC., A DELAWARE CORPORATION and BACKYARD CONSTRUCTION, INC., (Erroneously Sued Herein as A Backyard Products, LLC, Individually and d/b/a Heartland Industries and d/b/a/ Backyard Buildings), to amend its answer to the complaint to assert a cross-claim against the owners of the property which is the subject of plaintiff's claim herein, is hereby granted.

Dated: February 3, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

1
**ORDER GRANTING STIPULATION TO ALLOW AMENDMENT OF ANSWER TO COMPLAINT TO ASSERT CROSS-CLAIM**