SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>A Backyard Products, LLC, et al<br><br>　　　　　Defendants<br><br><br>Heartland Industries, Inc., a<br>Delaware Corporation and<br>Backyard Construction, Inc.,<br>　　　　　Cross-Claimants,<br>　　　　　v.<br>James S. Lindsey, Sally K. Lindsey<br>and The Lindsey Family Trust,<br>　　　　　Cross-Defendants. | Case No.: CIV.S-08-01201-FCD-GGH<br><br>**STIPULATED DISMISSAL AND ORDER**<br><br>**Dismissal of Entire Action and Defendants' Cross-Claim**<br><br>Complaint Filed:  MAY 30, 2008<br><br>Cross-Claim Filed:  FEBRUARY 10, 2009 |

1

STIPULATED DISMISSAL and ORDER　　　　　　　　　　　　　　　　CIV: S-08-cv-01201-FCD-GGH

1   **IT IS HEREBY STIPULATED** by and between the parties to this action through their
2   designated counsel that this action and the cross-claim be and are hereby dismissed with
3   prejudice in its entirety pursuant to FRCP 41 (a)(2).  The Parties shall bear their own costs and
4   attorneys' fees in connection with the Lawsuit and Cross - Claim and the negotiation and
5   preparation of this Agreement.

7   Dated:  January 25, 2010                                         LAW OFFICES OF THOMAS O'HAGAN

9                                                                                      /s/Linda J.L. Sharpe_____
10                                                                                    LINDA J.L. SHARPE,
11                                                                                    Attorneys for Defendants,
12                                                                                    A Backyard Products, LLC;
13                                                                                    Backyard Construction, Inc.

15  Dated:  January 13, 2010                                         DISABLED ACCESS PREVENTS
16                                                                                    INJURY, INC.

18                                                                                    /s/Scott N. Johnson_____
19                                                                                    SCOTT N. JOHNSON,
                                                                                      Attorney for Plaintiff

21  **IT IS SO ORDERED** that this action and the Cross-Claim are hereby dismissed **WITH**
22  prejudice.  The Parties are to bear their own costs and attorney's fees in connection with the
23  Lawsuit and Cross-Claim.

26  Dated: January 25, 2010                                          _____
                                                                                      FRANK C. DAMRELL, JR.
27                                                                                    UNITED STATES DISTRICT JUDGE